IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRUCE SHIFLET, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:13-mc-017-JTF-cgc |
| ) | |
| SHELLIE S. CARVER, ) | |
| ) | |
| Garnishee. ) | |
| ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
DENYING REGISTRATION OF FOREIGN JUDGMENT**

Before the Court is the Petitioner's Registration of Foreign Judgment, (DE #1), and Application for Writ of Execution, (DE #6), filed on May 28, 2013. The case was referred to the Magistrate Judge pursuant to 28 U.S.C. §§636- 639. (DE #3).[1] On June 20, 2013, the Magistrate entered her report, recommending that Petitioner's motion requesting entry of a foreign judgment be denied. (DE #5). No objections have been filed to the Magistrate's Report and Recommendation.

After reviewing the Magistrate Judge's Report and Recommendation and the entire record in this case, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that the motion requesting entry of a foreign judgment be DENIED and the case DISMISSED.

---

[1] The Magistrate correctly construed the judgment of the Magistrate Court of Brantley County, Georgia captioned as, "Judgment for Plaintiff," as a motion requesting entry of a foreign judgment. (DE #1).

1

IT IS SO ORDERED this 20th day of August, 2013.

                                        BY THIS COURT:

                                        ***s/John T. Fowlkes, Jr.***
                                        JOHN T. FOWLKES, JR.
                                        UNITED STATES DISTRICT JUDGE